## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

-----------------------------------------------------------X

INTEGRO USA, INC.,

               Petitioner,

    -against-

19 **CIVIL** 8752 (JPO)

## **JUDGMENT**

ETHAN CRAIN et al.,

               Respondents.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 14, 2019, Integro's petition for a

preliminary injunction in aid of arbitration is DENIED as to the misappropriation of trade secrets

claims. It is DISMISSED WITHOUT PREJUDICE as to the remaining contract law claims;

accordingly, the case is closed.

**Dated:** New York, New York
       November 18, 2019

                           **RUBY J. KRAJICK**

                           **Clerk of Court**

    **BY:**

                           **Deputy Clerk**